*06-227-14 (RBW)*



**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

February 7, 2007

1421 E. Barrett Prettyman
 United States Courthouse
333 Constitution Avenue, N.W.
Washington, DC  20001

# FILED

### FEB 1 2 2007

**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**

Re:    Transfer to U.S. Magistrate Judge

　　　Case No.  MJ07-97

　　　Case Title:  USA Vs. Dominique Michelle Washington

Dear Sir/Madam:

Pursuant to Rule 40 of the Federal Rules of Criminal Procedure, enclosed are the following:
- ☒ Certified copy of entire case file.
- ☒ Certified copy of docket sheet
- ☐ Letter re status of property bond
- ☐ Original bond enclosed
  - ☐ Original bond to be forwarded by the Fiscal Section
  - ☐ Certified copy of final commitment
  - ☐ Original Passport
  - ☐ Original Declaration re: Passport
- ☒ Other  NFPF document (CJA-023)

Please acknowledge receipt on the copy of this letter and return to this office.

Sincerely,

Clerk, U.S. District Court

By  Rhonda Marshall
　　　Deputy Clerk 213-894-5292

cc:  *U.S. Attorney (Central District of California)*
~~*U.S. Attorney (Receiving district)*~~

Receipt of the above-described documents is acknowledged herewith and assigned  case number:

_____.

Clerk, U.S. District Court

By _____

_____    Deputy Clerk
Date

CR-48 (01/01)　　　　　　　　**LETTER RE: RULE 40 - TRANSFER OUT**

FILED

2007 JAN 22 PM 1: 35

CLERK, DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY ___

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

U SA

PLAINTIFF(S)

v.

Dominique Michelle Washington

DEFENDANT(S)

CASE NUMBER

**07-0097M**

**AFFIDAVIT RE**
**OUT-OF-DISTRICT WARRANT**

The above-named defendant was charged by: _Indictment_
in the _U.S._ District of _Columbia_ on _07/27/06_
at _____ ☐ a.m. / ☐ p.m.  The offense was allegedly committed on or about _____
in violation of Title _21_ U.S.C., Section(s) _846, 841(a)(1), 841(b)(1)(A)(iv)_
to wit: _____

A warrant for defendant's arrest was issued by: _Judge Urbina_

Bond of $_____ was ☐ set / ☐ recommended I hereby attest and certify on _2/7/07_
that the foregoing document is a full, true
and correct copy of the original on file in
Type of Bond:    my office, and in my legal custody.

Relevant document(s) on hand (attach):    CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

By _Rhonda Marshall_ Deputy

0016

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on _JAN 22 2007_ , by

**ROSALIND TYUS-SIMON**

_____, Deputy Clerk.

_____
Signature of Agent

_Bennett O. Scott_
Print Name of Agent

_FBI_
Agency

_Special Agent_
Title

CR-52 (05/98)    AFFIDAVIT RE OUT-OF-DISTRICT WARRANT

FILED

2007 JAN 22 PM 1:35

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIF.
LOS ANGELES

BY _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | **07-0097M** |
| v. | |
| Dominique Michelle Washington | **REPORT COMMENCING CRIMINAL ACTION** |
| DEFENDANT(S). | |

TO:    CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed.  Information not applicable or unknown will be indicated as "N/A".

1.  Date and time of arrest   01/22/2007   11:50        ☒ AM / ☐ PM

2.  Charges under which defendant has been booked at Metropolitan Detention Center (MDC):
    21 USC 846 , 841(a)(1) , 841 (b)(1)(A)(vi)

3.  Offense charged is a: ☒ Felony    ☐ Minor Offense    ☐ Petty Offense    ☐ Other Misdemeanor

4.  U.S. Citizen: ☒ Yes    ☐ No    ☐ Unknown

5.  Year of Birth: ▮▮▮▮▮   1984

6.  The defendant is: ☒ Presently in custody on this charge.
    ☐ At liberty on bond posted before a Magistrate Judge.
    ☐ At liberty and warrant is requested.
    ☐ Federal - In custody on another conviction.
    ☐ State - In custody awaiting trial on these charges

    I hereby attest and certify on 2/7/07
    that the foregoing document is a full, true
    and correct copy of the original on file in
    my office, and in my legal custody.
    CLERK, U.S. DISTRICT COURT
    CENTRAL DISTRICT OF CALIFORNIA
    by Rhonda Marshall    Deputy

7.  Place of detention (if out-of-district): _____

8.  Date detainer placed on defendant: _____

9.  This is a reprosecution of previously dismissed charges. (Docket/Case No.   N/A                )

10. Name of Pretrial Services Officer:   Duty

11. Remarks (if any): _____

12. Date:   01/22/07                          13. Signature: _____

14. Name:   Bennett O. Smith                  15. Title:   Special Agent

-22-2007  13:19

CU-180 (REV. 4/02)

# UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA ~~FILED~~ | DOCKET NO: 06-227-14 | MAGIS. NO: |
|---|---|---|

SEALED

DARNELL ANTHONY JACKSON

2007 JAN 22 PM

NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED

Dominique Michelle Washington

**07-0097M**

| DOB: | PDID: | |
|---|---|---|
| WARRANT ISSUED ON THE BASIS OF: | INDICTMENT | DISTRICT OF ARREST |
| TO:    ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | | CITY |

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE ONE KILOGRAM OR MORE OF PHENCYCLIDINE;
UNLAWFUL POSSESSION WITH INTENT TO DISTRIBUTE ONE KILOGRAM OR MORE OF PHENCYCLIDINE;
UNLAWFUL DISTRIBUTION OF ONE KILOGRAM OR MORE OF PHENCYCLIDINE;
UNLAWFUL DISTRIBUTION OF ONE HUNDRED GRAMS OR MORE OF PHENCYCLIDINE;
CRIMINAL FORFEITURE;
AIDING AND ABETTING

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION: 21:846; 21:841(a)(1) and 841(b)(1)(A)(iv); 21:841(a)(1) and 841(b)(1)(A)(iv); 21:841(a)(1) and 841(b)(1)(B)(iv); 21:853; and 18:2 |
|---|---|

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: |
|---|---|
| | |

| ORDERED BY: JUDGE URBINA | SIGNATURE (JUDGE/MAGISTRATE JUDGE) U.S. DISTRICT COURT JUDGE URBINA | DATE ISSUED: 7/27/06 |
|---|---|---|
| CLERK OF COURT: Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE: 7/27/06 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED EXECUTED  01/22/2007 | NAME AND TITLE OF ARRESTING OFFICER SA Bennett O. Scott | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| ~~SE:~~   Yes        No    X | | OCDETF CASE:    Yes        No    X |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>       vs.<br><br>Dominique Michelle Washington<br><br>                   Defendant. | Western Division<br><br>Case Number: 2:07-MJ-00097    Out of District Affidavit<br>Initial App. Date: 01/22/2007   Initial App. Time: 3:00 PM<br><br>Date Filed: 01/22/2007<br>Violation: 21:846, 841(a)(1), 841(b)(1)(A)(iv),841(b)(1)(B)(iv) &<br>21:853; & 18:2<br>Tape Number: CR   , 22.0 7 |

| PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE: Ralph Zarefsky | CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE |
|---|---|

PRESENT:

| Ilene Bernal | Vince Farhat | None |
|---|---|---|
| *Deputy Clerk* | *Assistant U.S. Assistant* | *Interpreter/Language* |

☒ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and
    ☐ preliminary hearing OR ☒ removal hearing / Rule 20.

☒ Defendant states true name ☒ is as charged ☐ is _____

☒ Defendant advised of consequences of false statement in financial affidavit. ☐ Financial Affidavit ordered SEALED.

☒ Attorney: Angel Navarro, DFPD ☒ Appointed ☐ Prev. Appointed ☐ Poss. Contribution (see separate order)
    ☐ Special appearance by: _____

☒ Government's request for detention is: ☐ GRANTED ☐ DENIED ☐ WITHDRAWN ☒ CONTINUED

☒ Defendant is ordered: ☐ Permanently Detained ☒ Temporarily Detained (see separate order).

☐ BAIL FIXED AT $_____ **(SEE ATTACHED COPY OF CR-1 BOND FORM FOR**
    **CONDITIONS)**

☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: ☐ GRANTED ☐ DENIED

☐ Preliminary Hearing waived.

☐ **PO/PSA WARRANT** ☐ Counsel are directed to contact the clerk for
    District Judge _____ for the setting of further proceedings.

☐ Preliminary Hearing set for _____ at 4:30 PM _____

☐ PIA set for: _____ at 8:30 AM in LA; at 3:00 PM in Riverside; at 10:00 AM in Santa Ana.

☐ Government's motion to dismiss case/defendant _____ GRANTED / DENIED

☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED / DENIED

☐ Defendant executed Waiver of Rights. ☐ Process received.

☐ Court ORDERS defendant Held to Answer to _____ District of _____
    ☐ Bond to transfer, if bail is posted. Defendant to report on or before _____
    ☐ Warrant of removal and final commitment to issue.
    ☐ Warrant of removal and final commitment are ordered stayed until _____

☒ Case continued to (Date) *1-23-07* (Time) *2:00* AM/PM
    Type of Hearing: *Detn Hrg & F/P* Before Judge *Zarefsky* /Duty Magistrate Judge.
    Proceedings will be held in the ☒ Duty Courtroom *#341* ☐ Judge's Courtroom _____

☒ Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing.

☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.

☒ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.

☐ RELEASE ORDER NO: _____

☐ Other: _____

| ☐ PSA | ☐ FINANCIAL | ☐ READY |
|---|---|---|

cc ☐ USPO
                                                Deputy Clerk Initials

*I hereby attest and certify on _____ that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.*
*CLERK U.S. DISTRICT COURT*
*CENTRAL DISTRICT OF CALIFORNIA*
*By Rhonda Marshall Deputy*
**0016**

M-5 (11/04)        CALENDAR/PROCEEDING SHEET - LOCAL/OUT-OF-DISTRICT CASE        Page 1 of 1

```
1   DEBRA WONG YANG
    United States Attorney
2   THOMAS P. O'BRIEN
    Assistant United States Attorney
3   Chief, Criminal Division
    VINCE FARHAT
4   Assistant United States Attorney
    California Bar Number 183794
5   General Crimes Section
          1200 United States Courthouse
6         312 North Spring Street
          Los Angeles, California 90012
7         Telephone:  (213) 894-2872
          Facsimile:  (213) 894-0141
8         E-mail:     vince.farhat@usdoj.gov

9   Attorney for Plaintiff
    United States of America
10
```

FILED
CLERK, U.S. DISTRICT COURT

JAN 2 2 2007

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

```
11              UNITED STATES DISTRICT COURT

12          FOR THE CENTRAL DISTRICT OF CALIFORNIA

13   UNITED STATES OF AMERICA,    )   Case No. 07-97M
                                  )   (OUT OF DISTRICT CASE)
14          Plaintiff,            )
                                  )   GOVERNMENT'S NOTICE OF REQUEST
15                                )   FOR DETENTION
                                  )
16          v.                    )
                                  )
17   DOMINIQUE WASHINGTON         )
                                  )
18          Defendant.            )
     _____)

19

20          Plaintiff, United States of America, by and through its

21   counsel of record, hereby requests detention of defendant and gives

22   notice of the following material factors:

23   _____ 1.   Temporary 10-day Detention Requested (§ 3142(d))

24               on the following grounds:

25          _____ a.  offense committed while defendant was on release

                      pending (felony trial), (sentencing) (appeal) or
26                    (probation) (parole);
```

I hereby attest and certify on 2-7-07
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

```
28   CLERK, U.S. DISTRICT COURT
     CENTRAL DISTRICT OF CALIFORNIA
     By  Rhonda Marshall  Deputy
```

0016

\_\_\_\_  b.  alien not lawfully admitted for permanent

residence;

\_\_\_\_  c.  flight risk;

\_\_\_\_  d.  danger to community.

X  2.  <u>Pretrial Detention Requested (§ 3142(e)) because no</u>

<u>condition or combination of conditions will</u>

<u>reasonably assure against</u>:

X  a.  danger to any other person or the community;

X  b.  flight.

\_\_\_\_  3.  <u>Detention Requested Pending Supervised</u>

<u>Release/Probation Revocation Hearing (Rules</u>

<u>32.1(a)(6), 46(d), and 18 U.S.C. § 3143(a))</u>:

\_\_\_\_  a. Defendant cannot establish by clear and

convincing evidence that he/she will not pose a

danger to any other person or to the community;

\_\_\_\_  b. Defendant cannot establish by clear and

convincing evidence that he/she will not flee.

X  4.  <u>Presumptions Applicable to Pretrial Detention (18</u>

<u>U.S.C. § 3142(e))</u>:

X  a.  Title 21 or Maritime Drug Law Enforcement Act

("MDLEA") (46 U.S.C. App. 1901 et seq.) offense

with 10-year or greater maximum penalty

(presumption of danger to community and flight

risk);

\_\_\_\_  b.  offense under 18 U.S.C. § 924(c) (firearm

used/carried/possessed during/in relation to/in

2

furtherance of crime), § 956(a), or § 2332b

(presumption of danger to community and flight

risk);

_____ c.   offense involving a minor victim under 18 U.S.C.

§§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245,

2251, 2251A, 2252(a)(1)-(a)(3), 2252A(a)(1)-

2252A(a)(4), 2260, 2421, 2422, 2423 or 2425

(presumption of danger to community and flight

risk);

_____ d.   defendant currently charged with (I) crime of

violence, (II) offense with maximum sentence of

life imprisonment or death, (III) Title 21 or

MDLEA offense with 10-year or greater maximum

sentence, or (IV) any felony if defendant

previously convicted of two or more offenses

described in I, II, or III, or two or more state

or local offenses that would qualify under I, II,

or III if federal jurisdiction were present, or a

combination of such offenses, AND defendant was

previously convicted of a crime listed in I, II,

or III committed while on release pending trial,

AND the current offense was committed within five

years of conviction or release from prison on the

above-described previous conviction (presumption

of danger to community).

//

//

3

5.  <u>Government Is Entitled to Detention Hearing</u>
    <u>Under § 3142(f) If the Case Involves</u>:

_____ a.  a crime of violence (as defined in 18 U.S.C.
          § 3156(a)(4)) or Federal crime of terrorism (as
          defined in 18 U.S.C. § 2332b(g)(5)(B)) for which
          maximum sentence is 10 years' imprisonment or
          more;

_____ b.  an offense for which maximum sentence is life
          imprisonment or death;

  ✗   c.  Title 21 or MDLEA offense for which maximum
          sentence is 10 years' imprisonment or more;

_____ d.  instant offense is a felony and defendant has two
          or more convictions for a crime set forth in a-c
          above or for an offense under state or local law
          that would qualify under a, b, or c if federal
          jurisdiction were present, or a combination or
          such offenses;

_____ e.  any felony not otherwise a crime of violence that
          involves a minor victim or the possession or use
          of a firearm or destructive device (as defined in
          18 U.S.C. § 921), or any other dangerous weapon,
          or involves a failure to register under 18 U.S.C.
          § 2250;

  ✗   f.  serious risk defendant will flee;

_____ g.  serious risk defendant will (obstruct or attempt
          to obstruct justice) or (threaten, injure, or

4

1    intimidate prospective witness or juror, or

2    attempt to do so).

3    ____    6.    Government requests continuance of _____ days for

4    detention hearing under § 3142(f) and based upon the

5    following reason(s):

6    _____

7    _____

8    _____

9    ____    7.    Good cause for continuance in excess of three days

10    exists in that:

11    _____

12    _____

13    _____

14

15    DATED: 1-22-07

        Respectfully submitted,

16    DEBRA WONG YANG
17    United States Attorney

18    THOMAS P. O'BRIEN
      Assistant U.S. Attorney
19    Chief, Criminal Division

20

21    VINCE FARHAT
      Assistant United States Attorney
22    Attorneys for Plaintiff

23

24

25

26

27

28



FILED
CLERK, U.S. DISTRICT COURT

JAN 2 2 2007

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | 07-97M |
| v. | |
| Dominique Michelle Washington | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| DEFENDANT(S). | |

Upon motion of _____ *deft* _____, IT IS ORDERED that a detention hearing
is set for _____ *Tuesday* _____, *1/23*, at *2 ᵒᵒ* ☐a.m. / ☒p.m. before the
Honorable _____ *Ralph Zaretsky* _____, in Courtroom _____ *# 341* _____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or
_____ and produced for the hearing.
                    *(Other custodial officer)*

Dated: _____ *1/22/07* _____        *Ralph Zaretsky*
                                U.S. District Judge/Magistrate Judge



I hereby attest and certify on *2/7/07*
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

By *Rhonda Marshall* Deputy

0016

FILED
CLERK, U.S. DISTRICT COURT

JAN 2 3 2007

CENTRAL DISTRICT OF C...
BY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | 07-0097M |
| v. | |
| Dominique Michelle Washington | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
| DEFENDANT(S). | |

Upon motion of ___defendant___ , IT IS ORDERED that a detention hearing is set for ___Thursday___ , _1-25-07_ , at _10:30_ ☒ a.m. / ☐ p.m. before the Honorable ___Ralph Zarefsky___ , in Courtroom ___#540___ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.

_(Other custodial officer)_

Dated: ___1-23/07___

U.S. District Judge/Magistrate Judge

I hereby attest and certify on _2/7/07_ that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

By _Rhonda Marshall_ Deputy

0016

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

CR-66 (10/97)                                                                 Page 1 of 1

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

Case No.    07-00097M                                              Date    JANUARY 25, 2007

Present: The Honorable    RALPH ZAREFSKY, U.S. MAGISTRATE JUDGE

Interpreter    No Appearance

| ILENE BERNAL | Tape #CR 1/23/07 | BILL CROWFOOT |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| DOMINIQUE MICHELLE WASHIGNTON | X | X | | GREG WESLEY | X | X | |

**Proceedings:**    DETENTION HEARING AND FURTHER PROCEEDINGS RE OUT-OR-DISTRICT CASE

Defendant ordered permanently detained.

Defendant executes waiver of rights in out-of-district cases. Court approves waiver and orders waiver filed.

The defendant is ordered held to answer to the District of Washington. Warrant of Removal and Final Commitment to issue.

I hereby attest and certify on 2/7/07
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

By _Rhonda Menahal_
Deputy

0016

                                                  :    20

Initials of Deputy Clerk                              igb

I hereby attest and certify on _____
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

By _Rhonda Marshall_ Deputy

FILED
CLERK, U.S. DISTRICT COURT

JAN 2 5 2007

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,       0016 PLAINTIFF

v.

Dominque Michelle Washington
                                DEFENDANT.

CASE NUMBER:

07-0097 M

**WAIVER OF RIGHTS**
**(OUT OF DISTRICT CASES)**

I understand that charges are pending in the _____ District of _Columbia_
alleging violation of _____ and that I have been arrested in this district and
(Title and Section / Probation / Supervised Release)
taken before a United States Magistrate Judge, who has informed me of the charge(s) and my rights to:
   (1)  have an identity hearing to determine whether I am the person named in the charges;
   (2)  receive a copy of the charge(s) against me;

-*Check one only*-

☒  **EXCLUDING PROBATION OR SUPERVISED RELEASE CASES:**
   (3)  have a preliminary examination (unless an indictment has been returned or an information filed)
       to determine whether there is probable cause to believe an offense has been committed by me,
       the hearing to be held in this district or the district of prosecution; and
   (4)  request transfer of the proceedings to this district under Rule 20, Fed.R.Crim.P., in order to plead
       guilty.

☐  **PROBATION OR SUPERVISED RELEASE CASES:**
   (3)  have a preliminary hearing (if the violation charged allegedly occurred in this district, and I am
       held in custody solely on that charge) under Rule 32.1(b), Fed.R.Crim.P., to determine whether
       there is probable cause to believe I have violated the terms of my probation/supervised release.

**I HEREBY WAIVE (GIVE UP) MY RIGHT(S) TO:**

☒  have an identity hearing
☒  receive a copy of the charges(s) against me
☐  have a preliminary examination
☐  have an identity hearing, and I have been informed that I have no right to a preliminary
   examination
☐  have an identity hearing, but I request that a preliminary examination be held in the prosecuting
   district

_____
Defendant

_____
Defense Counsel

Date: _1/25/07_

_____
United States Magistrate Judge

M-14 (03/03)                    WAIVER OF RIGHTS (OUT OF DISTRICT CASES)

I hereby attest and certify on 2/9/07
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
By _____ Deputy

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

0016

UNITED STATES OF AMERICA

Plaintiff,

v.

DOMINIQUE MICHELLE WASHINGTON,

Defendant.

CASE NUMBER

07-0097M

FINAL COMMITMENT AND WARRANT OF REMOVAL TO
_____ DISTRICT OF ___ COLUMBIA
AT_____
(City)

**TO:    UNITED STATES MARSHAL FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

The above-named defendant is hereby remanded to your custody and you are hereby ORDERED to remove her forthwith, along with a certified copy of this Commitment, to the custodian of a place of confinement within the District of Origin, approved by the Attorney General of the United States, where the defendant shall be received and safely kept until discharged in due course of law.

This defendant was arrested in this District after:

☐ filing of a complaint before a U.S. Magistrate Judge

☒ an indictment by a Grand Jury and

☒ a bench warrant issued by Clerk of the District of Origin charging that from September, 2005 to July 27, 2006 in the District of Origin, the defendant did: CONSPIRE TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE ONE KILOGRAM OR MORE OF PHENCYCLIDINE; UNLAWFUL POSSESSION WITH INTENT TO DISTRIBUTE ONE KILOGRAM OR MORE OF PHENCYCLIDINE' UNLAWFUL DISTRIBUTION OF ONE KILOGRAM OR MORE OF PHENCYCLIDINE; CRIMINAL FORFEITURE; AIDING AND ABETTING
in violation of Title 21:846; 21:841(a)(1) and 841(b)(a)(A)(iv); 21:841(a)(1) and 841(b)(1)(A)(iv); 21:853; and 18:2

The defendant has now:

☒    duly waived identity hearing before me on ___January 25, 2007___ .

☐    been informed on____that he has no right to a preliminary hearing as an indictment was filed on____ in the district of origin.

☐    had a hearing before me _____, 20 _____, and it appears that there is probable cause to believe that the offense so charged has been committed and that the defendant has committed it.

☐    had a hearing before me on_____, and it appears that the defendant is the person named as charged and

    ☐    BAIL HAS BEEN SET AT $_____ BUT HAS NOT BEEN POSTED.
    ☐    NO BAIL HAS BEEN SET.
    ☒    PERMANENT DETENTION HAS BEEN ORDERED.
    ☐    TEMPORARY DETENTION HAS BEEN ORDERED.

DATED:____1/30/07_____

_____    (1120)
RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE

**RETURN**

Received this commitment and designated prisoner on _____, 20___, and on _____
20___, committed him to _____ and left with the custodian at the same time a certified copy of the within temporary commitment.

UNITED STATES MARSHAL
CENTRAL DISTRICT OF CALIFORNIA

DATED:_____    By_____, Deputy

M-15 (08/99)         FINAL COMMITMENT AND WARRANT OF REMOVAL

I hereby attest and certify on 2/7/07
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Rhonda Marshall Deputy

0016

FILED
CLERK, U.S. DISTRICT COURT

JAN 2 5 2007

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

          Plaintiff,

    vs.

Dominique Michelle WASHINGTON

          Defendant.

CASE NO. 07-97M

**ORDER OF DETENTION**

A.    (X)    On motion of the Government in a case allegedly involving:

    1.    ( )    a crime of violence.

    2.    ( )    an offense with maximum sentence of life imprisonment or death.

    3.    (X)    a narcotics or controlled substance offense with maximum sentence of ten or more years.

    4.    ( )    any felony - where defendant convicted of two or more prior offenses described above.

    5.    ( )    any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive device or any other dangerous weapon, or a failure to register under 18 U.S.C. § 2250.

B.    ( )    On motion by the Government/ ( ) on Court's own motion, in a case allegedly involving:

    (✗)    On the further allegation by the Government of:

    1.    (✗)    a serious risk that the defendant will flee.

    2.    ( )    a serious risk that the defendant will:

        a.    ( )    obstruct or attempt to obstruct justice.

        b.    ( )    threaten, injure or intimidate a prospective witness or juror, or attempt to do so.

C.    The Government (✗) is/ ( ) is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community.

## II

A.    (✗)    The Court finds that no condition or combination of conditions will reasonably assure:

    1.    (✗)    the appearance of the defendant as required.

    (✗) and/~~or~~

    2.    (✗)    the safety of any person or the community.

B.    (✗)    The Court finds that the defendant has not rebutted by sufficient evidence to the contrary the presumption provided by statute.

## III

The Court has considered:

A.    the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device;

B.    the weight of evidence against the defendant;

C.    the history and characteristics of the defendant; and

D.    the nature and seriousness of the danger to any person or the community.

### IV

The Court also has considered all the evidence adduced at the hearing and the arguments and/or statements of counsel, and the Pretrial Services Report/recommendation.

### V

The Court bases the foregoing finding(s) on the following:

A.    (✓)    As to flight risk:

insufficient verification of facts & item D; residential instability; inadequate resources for bail; no employment; history of substance abuse

B.    ()    As to danger:

### VI

A.    ( )    The Court finds that a serious risk exists the defendant will:

    1.    ( )    obstruct or attempt to obstruct justice.

    2.    ( )    attempt to/ ( ) threaten, injure or intimidate a witness or juror.

B.     The Court bases the foregoing finding(s) on the following:

_____

_____

_____

## VI

A.     IT IS THEREFORE ORDERED that the defendant be detained prior to trial.

B.     IT IS FURTHER ORDERED that the defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

C.     IT IS FURTHER ORDERED that the defendant be afforded reasonable opportunity for private consultation with counsel.

D.     IT IS FURTHER ORDERED that, on order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined deliver the defendant to a United States marshal for the purpose of an appearance in connection with a court proceeding.

DATED: ___1/25/07___                    _____
                                        RALPH ZAREFSKY
                                        UNITED STATES MAGISTRATE JUDGE

S:\RZ\CRIM\Dtn Ord -- 2006 rev.3.wpd

-4-

# FINANCIAL AFFIDAVIT

CJA 23
(Rev. 5/98)

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☒ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) | |
|---|---|---|---|---|---|

IN THE CASE OF

USA vs. ___ FOR __COC__

Dominique Washington AT __LA__

**LOCATION NUMBER**

05301

PERSON REPRESENTED (Show your full name)

Dominique Washington

CHARGE/OFFENSE (describe if applicable & check box →) ☐ Felony
☐ Misdemeanor

21 USC 841

| | |
|---|---|
| 1 ☒ Defendant – Adult | |
| 2 ☐ Defendant – Juvenile | |
| 3 ☐ Appellant | |
| 4 ☐ Probation Violator | |
| 5 ☐ Parole Violator | |
| 6 ☐ Habeas Petitioner | |
| 7 ☐ 2255 Petitioner | |
| 8 ☐ Material Witness | |
| 9 ☐ Other (Specify) | |

**DOCKET NUMBERS**

Magistrate 07-97M

District Court

Court of Appeals

FILED
CLERK, U.S. DISTRICT COURT
JAN 22 2007
CENTRAL DISTRICT OF CALIFORNIA
BY

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOY-MENT**

Are you now employed? ☒ Yes   ☐ No   ☐ Am Self Employed

Name and address of employer: McDonald's

IF YES, how much do you earn per month? $ 7.50/HR

IF NO, give month and year of last employment
How much did you earn per month? $ _____

If married is your Spouse employed? ☐ Yes   ☐ No

IF YES, how much does your Spouse earn per month? $ _____

If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes   ☐ No

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES

RECEIVED $220.00   SOURCES General relief

**CASH**

Have you any cash on hand or money in savings or checking account ☐ Yes ☒ No   IF YES, state total amount $ _____

**PROP-ERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No

IF YES, GIVE THE VALUE AND DESCRIBE IT

VALUE $ _____   DESCRIPTION _____

I hereby attest and certify that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DEPUTY

FEB - 7 2007
BY

**OBLIGATIONS & DEBTS**

MARITAL STATUS

☐ SINGLE
☐ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED

Total No. of Dependents  01

List persons you actually support and your relationship to them

Issac Davis (3yr old)

**DEBTS & MONTHLY BILLS**

(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| 2043 Cerritos Av. Unit A, L-Beach, CA | Living expenses | $ -0- | $ 50.00 |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 1-22-07

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED)   ▶ Dominique Washington

U.S. District Court

**CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)**
**CRIMINAL DOCKET FOR CASE #: 2:07-mj-00097-DUTY-ALL**
**Internal Use Only**

Case title: USA v. Washington                    Date Filed: 01/22/2007

Assigned to: Duty Magistrate Judge

**Defendant**

**Dominiaue Michelle Washington** (1)            represented by   **Angel Navarro**
*TERMINATED: 01/30/2007*                                         Federal Public Defenders Office
                                                                 321 E 2nd St
                                                                 Los Angeles, CA 90012-4206
                                                                 213-894-7121
                                                                 Email:
                                                                 zzCAC_FPD_Document_Receiving@fd.org
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*
                                                                 *Designation: Public Defender or Community*
                                                                 *Defender Appointment*

**Pending Counts**                               **Disposition**
None

**Highest Offense Level (Opening)**
None

**Terminated Counts**                            **Disposition**
None

**Highest Offense Level (Terminated)**
None

**Complaints**                                   **Disposition**
Defendant in violation of 21:846,841(a)
(1),841(b)(A)(iv)                                Defendant held to answer to Columbia

**Plaintiff**
USA                                              represented by   **US Attorney's Office**
                                                                 AUSA - Office of US Attorney
                                                                 312 N Spring St, 12th Floor
                                                                 Los Angeles, CA 90012-4700
                                                                 213-894-2434
                                                                 Email: USACAC.Criminal@usdoj.gov
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

I hereby attest and certify on 2|7|07 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
Deputy

0016

| Date Filed | # | Docket Text |
|---|---|---|
| 01/22/2007 | ●1 | AFFIDAVIT RE: OUT-OF-DISTRICT WARRANT (Rule 5(c)(3)) filed as to defendant Dominiaue Michelle Washington, originating in the Columbia. Defendant charged in violation of: 21:846,841(a)(1),841(b)(1)(A)(iv). Signed by agent Bennett O.Scott, FBI. filed by Special Agent (rm, ) (Entered: 02/07/2007) |
| 01/22/2007 | ●2 | REPORT COMMENCING CRIMINAL ACTION as to Defendant Dominiaue Michelle Washington; defendants Year of Birth: 1984; date of arrest: 1/22/2007 (rm, ) (Entered: 02/07/2007) |
| 01/22/2007 | | ***Defendant Dominiaue Michelle Washington ARRESTED (Rule 5(c)(3)) (rm, ) (Entered: 02/07/2007) |
| 01/22/2007 | ●3 | Defendant Dominiaue Michelle Washington arrested on warrant issued by the USDC Columbia at Columbia. (rm, ) (Entered: 02/07/2007) |
| 01/22/2007 | ●4 | MINUTES OF ARREST ON OUT OF DISTRICT WARRANT held before Magistrate Judge Ralph Zarefsky as to Defendant Dominiaue Michelle Washington Defendant arraigned and states true name is Attorney: Angel Navarro for Dominiaue Michelle Washington, DFPD, present. Court orders defendant permanently detained. Defendant remanded to the custody or currently in the custody of the US Marshal. Abstract of order to return defendant to court on next court day. Detention Hearing set for 1/23/2007 02:00 PM before Magistrate Judge Ralph Zarefsky. Tape #: CR-1/22/07. (rm, ) (Entered: 02/07/2007) |
| 01/22/2007 | ●5 | FINANCIAL AFFIDAVIT filed as to Defendant Dominiaue Michelle Washington. (rm, ) (Entered: 02/07/2007) |
| 01/22/2007 | ●6 | NOTICE OF REQUEST FOR DETENTION filed by Plaintiff USA as to Defendant Dominiaue Michelle Washington (rm, ) (Entered: 02/07/2007) |
| 01/22/2007 | ●7 | ORDER OF DETENTION is set for Tuesday, January 23, 2007 at 2:00 p.m. by Magistrate Judge Ralph Zarefsky as to Defendant Dominiaue Michelle Washington, (rm, ) (Entered: 02/07/2007) |
| 01/23/2007 | ●8 | ORDER OF DETENTION by Magistrate Judge Ralph Zarefsky as to Defendant Dominiaue Michelle Washington, Detention Hearing set for 1/25/2007 10:30 AM before Magistrate Judge Ralph Zarefsky. (rm, ) (Entered: 02/07/2007) |
| 01/23/2007 | ●13 | MINUTES OF Detention Hearing and Further Proceedings re Out-of-District Case held before Magistrate Judge Ralph Zarefsky as to Defendant Dominiaue Michelle Washington. Matter is continued for detention hearing and further proceedings re out-of-district cse to 1/25/07 at 10:30 a.m. before Magistrate Judge Ralph Zarefsky. Tape #: CR 1/23/07. (sm, ) (Entered: 02/07/2007) |
| 01/25/2007 | ●9 | MINUTES OF Detention Hearing held before Magistrate Judge Ralph Zarefsky as to Defendant Dominiaue Michelle Washington, The Court Orders the defendant permanently detained. Tape #: CR1/23/07. (rm, ) (Entered: 02/07/2007) |
| 01/25/2007 | ●10 | WAIVER OF RIGHTS approved by Magistrate Judge Ralph Zarefsky as to Defendant Dominiaue Michelle Washington. (rm, ) (Entered: 02/07/2007) |
| 01/25/2007 | ●11 | ORDER OF DETENTION by Magistrate Judge Ralph Zarefsky as to Defendant Dominiaue Michelle Washington, (rm, ) (Entered: 02/07/2007) |
| 01/30/2007 | ●12 | FINAL COMMITMENT AND WARRANT OF REMOVAL by Magistrate Judge Ralph Zarefsky that Defendant Dominiaue Michelle Washington be removed to the Columbia (rm, ) (Entered: 02/07/2007) |