# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| **UNITED STATES OF AMERICA** | DOCKET NO: 06-227-14 | MAGIS. NO: |
| SEALED v. DARNELL ANTHONY JACKSON | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED: Dominique Michelle Washington | |
| DOB:    PDID: | FILED FEB 1 3 2007 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT | |
| WARRANT ISSUED ON THE BASIS OF:   INDICTMENT | DISTRICT OF ARREST | |
| TO:   ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE ONE KILOGRAM OR MORE OF PHENCYCLIDINE;
UNLAWFUL POSSESSION WITH INTENT TO DISTRIBUTE ONE KILOGRAM OR MORE OF PHENCYCLIDINE;
UNLAWFUL DISTRIBUTION OF ONE KILOGRAM OR MORE OF PHENCYCLIDINE;
UNLAWFUL DISTRIBUTION OF ONE HUNDRED GRAMS OR MORE OF PHENCYCLIDINE;
CRIMINAL FORFEITURE;
AIDING AND ABETTING

**IN VIOLATION OF:** UNITED STATES CODE TITLE & SECTION:
21:846; 21:841(a)(1) and 841(b)(1)(A)(iv); 21:841(a)(1) and 841(b)(1)(A)(iv); 21:841(a)(1) and 841(b)(1)(B)(iv); 21:853; and 18:2

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY: JUDGE URBINA | SIGNATURE (JUDGE/MAGISTRATE JUDGE): U.S. DISTRICT COURT JUDGE URBINA | DATE ISSUED: 7/27/06 |
| CLERK OF COURT: Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE: 7/27/06 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 02/13/07 | NAME AND TITLE OF ARRESTING OFFICER BALDWIN SDUSM/US MARSHAL | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED 02/13/07 | | |
| HIDTA CASE:  Yes   No X | | OCDETF CASE:  Yes   No X |