UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                              Case No: 06-350 CKK

FANEL JOSEPH

PRAECIPE

Please enter my appearance in the above-captioned case.

                Respectfully submitted,

                CK
                _____
                Cynthia Katkish #418876
                601 Pennsylvania Ave. NW
                900-south pmb 221
                Washington, D.C. 20004
                Office 202-639-8132
                Cell 202-997-1386
                Fax 202-639-2000
                ckatkish1@comcast.net