UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                  Case No: 06-227-14 (RBW)

Dominque Michelle Washington

PRAECIPE

Please enter my appearance in the above-captioned case.

Respectfully submitted,

CK

_____
Cynthia Katkish #418876
601 Pennsylvania Ave. NW
900-south pmb 221
Washington, D.C. 20004
Office 202-639-8132
Cell 202-997-1386
Fax 202-639-2000
ckatkish1@comcast.net